| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | Order Filed on September 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ronald G. Pilarchik<br><br>                              Debtor | Case No.: 23-16277 (JNP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: September 28, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No. 23-16277 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 300.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 300.00. The allowance shall be payable:

      XXXXX      through the Chapter 13 plan as an administrative priority.

                      outside the plan.

The debtor's monthly plan is modified to require a payment of $1,195.00 per month for 58 months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 23-16277-JNP
Ronald G. Pilarchik                                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                                             Page 1 of 1
Date Rcvd: Sep 29, 2023                    Form ID: pdf903                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

**Recip ID             Recipient Name and Address**
db               +   Ronald G. Pilarchik, 827 St. Regis Court, Mantua, NJ 08051-2046

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023                                  Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

**Name**                          **Email Address**
Denise E. Carlon
                                           on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                                           on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                                           ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Stacey L. Mullen
                                           on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net

U.S. Trustee
                                           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5