Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16277 (JNP)

Ronald G. Pilarchik  
827 St. Regis Court  
Mantua, NJ  08051

Monthly Payment: $1,195.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/18/2023 | $570.00 | 10/12/2023 | $350.00 | 10/17/2023 | $350.00 | 10/25/2023 | $350.00 |
| 10/31/2023 | $350.00 | 11/09/2023 | $350.00 | 11/16/2023 | $350.00 | 11/28/2023 | $350.00 |
| 12/05/2023 | $350.00 | 12/06/2023 | $700.00 | 12/20/2023 | $350.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RONALD G. PILARCHIK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $2,093.12 | $2,156.88 | $2,093.12 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $300.00 | $147.74 | $152.26 | $147.74 |
| 1 | DEPARTMENT OF THE TREASURY | 28 | $34,501.54 | $0.00 | $34,501.54 | $0.00 |
| 2 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LAW OFFICE OF CHESTER LUSZCZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LEAH PILARCHIK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $16,377.41 | $0.00 | $16,377.41 | $0.00 |
| 6 | TOWNHOUSES AT ST. REGIS WALK ASSOCIATION, | 24 | $3,855.75 | $0.00 | $3,855.75 | $0.00 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | U.S. DEPARTMENT OF HOUSING & URBAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 33 | $18,552.14 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,800.95 | $0.00 | $0.00 | $0.00 |
| 13 | PREMIER BANKCARD, LLC | 33 | $1,077.51 | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK | 13 | $538.00 | $172.82 | $365.18 | $172.82 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2023 | 1.00 | $0.00 |
| 09/01/2023 | Paid to Date | $570.00 |
| 10/01/2023 | 58.00 | $1,195.00 |
| 08/01/2028 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $4,420.00 |
| Total paid to creditors this period: | $2,413.68 |
| Undistributed Funds on Hand: | $1,582.00 |
| Arrearages: | $930.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**