Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16277−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald G. Pilarchik
   827 St. Regis Court
   Mantua, NJ 08051

Social Security No.:
   xxx−xx−0004

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            July 23, 2024
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*58 −* Certification in Opposition to (related document:56 Creditor's Certification of Default (related document:48 Consent Order filed by Creditor Townhomes at St Regis Walk Assn Inc, 35 Motion for Relief from Stay re: 827 St Regis Court, Mantua, NJ 08051. Fee Amount $ 199. filed by Creditor Townhomes at St Regis Walk Assn Inc) filed by Chester A. Luszcz on behalf of Townhomes at St Regis Walk Assn Inc. Objection deadline is 06/25/2024. (Attachments: # 1 Certification in support # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (Luszcz, Chester) Modified on 6/12/2024 CERTIFICATION IN SUPPORT MISSING REQUIRED /S/ SIGNATURE (McAuley, Catherine). TO CORRECT LINK Modified on 6/12/2024. filed by Creditor Townhomes at St Regis Walk Assn Inc, 57 Creditor's Certification of Default (related document:48 Consent Order filed by Creditor Townhomes at St Regis Walk Assn Inc) filed by Chester A. Luszcz on behalf of Townhomes at St Regis Walk Assn Inc. Objection deadline is 06/26/2024. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) filed by Creditor Townhomes at St Regis Walk Assn Inc) filed by Stacey L. Mullen on behalf of Ronald G. Pilarchik. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: June 27, 2024
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 23-16277-JNP
Ronald G. Pilarchik                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                Page 1 of 2
Date Rcvd: Jun 27, 2024            Form ID: 173                             Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G. Pilarchik, 827 St. Regis Court, Mantua, NJ 08051-2046 |
| cr | + | Townhomes at St Regis Walk Assn Inc, c/o Realty Solutions LLC, 415 South White Horse Pike, Suite 2, Audubon, NJ 08106 UNITED STATES 08106-1310 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Chester A. Luszcz | on behalf of Creditor Townhomes at St Regis Walk Assn Inc luszcz@comcast.net bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Stacey L. Mullen | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 27, 2024 | Form ID: 173 | Total Noticed: 2 |

on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7