UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
CL5998

In Re:

RONALD G. PILARCHIK,

Case No.: 23-16277-JNP

Chapter: 13

Hearing Date: 7/23/24

Judge: Joseph N. Poslusny, Jr.

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Allowing for Cure of Arrears to St. Regis Way submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally;* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e-mail box, as a registered Participant of the Court's Case Management Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____ ).

Date: 7/17/24

_____
Signature of Attorney

rev.8/1/15