UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
CL5998

Order Filed on July 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: RONALD G. PILARCHIK,

Case No.: 23-16277-JNP

Adv. No.:

Hearing Date: 7/23/24 @ 11:00 A.M.

Judge: Jerrold N. Poslusny, Jr.

**CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER'S ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 18, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:       Ronald G. Pilarchik and Leah J. Pilarchik
Case No.:      23-16277-JNP
Caption of Order: **CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER'S ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.**

Upon the Motion filed by secured creditor, Townhomes at St. Regis Walk Association, Inc., for relief from the automatic stay, with the consent of the debtor, Ronald G. Pilarchik, and for good cause shown;

IT IS ON THIS    day of                    , 2024,

**ORDERED** that the debtor, Ronald G. Pilarchik, is allowed to cure the post-petition arrears for homeowner association fees, late fees and attorney fees as of July 15, 2024, in the amount of $1,708.71, plus attorney fees and costs for this certification of default in the amount of $400.00;

**IT IS FURTHER ORDERED** that the arrears of $1,708.71 will be paid by the debtor outside the plan directly to the Townhomes at St. Regis Walk Association, Inc. by sending the same to their property management company, Realty Solutions, LLC, located at: 415 South White Horse Pike, Suite 2, Audubon, NJ 08106, or making payment on the portal as follows: the first payment of $1,200.00 on July 31, 2024; and a second payment of $508.71 on August 31, 2024.

**IT IS FURTHER ORDERED** that the attorney fees and costs for the certification of default of $400.00 will be paid by the debtor through his Chapter 13 Plan. The debtor, Ronald G. Pilarchik, will resume his monthly payments to be paid directly to the Townhomes at St. Regis Walk Association, Inc., beginning on August 1, 2024 and will keep current in his said monthly payments.

**IT IS FURTHER ORDERED** that in the event the debtor fails to make a payment called for in this Order within thirty (30) days of its due date, the secured creditor may submit a certification of default and a proposed order for relief from the automatic stay to the court and serve a copy of such certification of default upon the debtor and his counsel. Fourteen (14) days after receipt of the certification of default, the Court will enter an order granting the secured party relief from the automatic stay unless the debtors have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

The movant shall serve this Order on the debtors, debtors' counsel, the trustee, and any other party who entered an appearance on this motion.

Page 3

| | |
|---|---|
| Debtor: | Ronald G. Pilarchik and Leah J. Pilarchik |
| Case No.: | 23-16277-JNP |
| Caption of Order: | **CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNERS ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.** |

/S/Stacey L. Mullen                     DATED: 7/15/24
STACEY L. MULLEN, ESQUIRE
Attorney for Debtor,
Ronald G. Pilarchik


/S/ Chester A. Luszcz                   DATED: 7/16/24
CHESTER A. LUSZCZ, ESQUIRE
Attorney for Creditor,
Townhomes at St. Regis Walk Association, Inc.

With a copy of this Order to:
Chester A. Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald G. Pilarchik  
    Debtor

Case No. 23-16277-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jul 18, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G. Pilarchik, 827 St. Regis Court, Mantua, NJ 08051-2046 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Chester A. Luszcz | on behalf of Creditor Townhomes at St Regis Walk Assn Inc luszcz@comcast.net bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Stacey L. Mullen | on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 18, 2024 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7