UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for debtor
856-778-8677

In Re:
Ronald G. Pilarchik

Case No.: 23-16277
Chapter: 13
Adv. No.:
Hearing Date:
Judge: JNP

# CERTIFICATION OF SERVICE

1. I, Stacey L. Mullen, Esquire :

   ☒ represent Debtor in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 09/27/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Application for entry of a Wage Order, COS, Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 09/27/2024

/s/ Stacey L. Mullen, Esquire
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KLM Law Group<br>701 Market Styreet, Suite 5000<br>Philadelphia, PA 19106 | rep MidFirst Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrew Finberg, Trustee<br>Office of the Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| All other creditors listed on mail mattrix | creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |