Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 23−16277−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald G. Pilarchik
   827 St. Regis Court
   Mantua, NJ 08051

Social Security No.:
   xxx−xx−0004

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 November 5, 2024
Time:               11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*86* − Certification in Opposition to (related document:75 Creditor's Certification of Default (related document:64 Consent Order filed by Creditor Townhomes at St Regis Walk Assn Inc) filed by Chester A. Luszcz on behalf of Townhomes at St Regis Walk Assn Inc. Objection deadline is 10/10/2024. (Attachments: # 1 Certification of default # 2 Exhibit to certification # 3 Certificate of Service # 4 Proposed Order) filed by Creditor Townhomes at St Regis Walk Assn Inc) filed by Stacey L. Mullen on behalf of Ronald G. Pilarchik. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: October 10, 2024
JAN: kvr

                                                                                  Jeanne Naughton
                                                                                  Clerk