Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  23−16277−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald G. Pilarchik
   827 St. Regis Court
   Mantua, NJ 08051

Social Security No.:
   xxx−xx−0004

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 5, 2024.

Dated: December 5, 2024
JAN: cm

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ronald G. Pilarchik  
    Debtor

Case No. 23-16277-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Dec 05, 2024     Form ID: plncf13     Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G. Pilarchik, 827 St. Regis Court, Mantua, NJ 08051-2046 |
| cr | + | Townhomes at St Regis Walk Assn Inc, c/o Realty Solutions LLC, 415 South White Horse Pike, Suite 2, Audubon, NJ 08106 UNITED STATES 08106-1310 |
| 519978486 | + | Law Office of Chester Luszcz, 429 White Horse Pike, Haddon Heights, NJ 08035-1714 |
| 519978488 | + | Leah Pilarchik, 31B Hessian Avenue, Woodbury, NJ 08096-1240 |
| 519978485 | + | St. Regis Walk Homeowners Assoc, c/o Realty Solution, 411-415 S. White Horse Pike, Audubon, NJ 08106-1338 |
| 519985771 | + | Townhouses at St. Regis Walk Assn. Inc., Realty Solutions, LLC, 415 South White Horse Pike, Suite 2, Audubon, NJ 08106-1310 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519978487 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2024 20:37:00 | IRS, P.O. Box 724, Springfield, NJ 07081 |
| 519978483 | ^ | MEBN | Dec 05 2024 20:36:14 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520026271 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 05 2024 20:53:15 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519978482 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 05 2024 20:52:13 | Midland Mortgage, P.O. Box 268888, Oklahoma City, OK 73126-8888 |
| 520040136 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2024 20:37:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520018947 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2024 20:37:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519979270 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 05 2024 20:52:21 | U.S. Department of Housing and Urban Development,, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519978484 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 05 2024 20:52:21 | US Dept of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Chester A. Luszcz | on behalf of Creditor Townhomes at St Regis Walk Assn Inc luszcz@comcast.net  bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Stacey L. Mullen | on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7