Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16277 (JNP)

Ronald G. Pilarchik  
827 St. Regis Court  
Mantua, NJ  08051

Monthly Payment: $21,934.50  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2024 | $350.00 | 01/04/2024 | $350.00 | 01/23/2024 | $700.00 | 01/30/2024 | $350.00 |
| 02/02/2024 | $350.00 | 02/08/2024 | $350.00 | 02/22/2024 | $700.00 | 02/28/2024 | $350.00 |
| 03/06/2024 | $350.00 | 03/13/2024 | $350.00 | 03/21/2024 | $350.00 | 04/15/2024 | $350.00 |
| 04/19/2024 | $350.00 | 05/09/2024 | $350.00 | 05/15/2024 | $1,750.00 | 05/28/2024 | $350.00 |
| 05/30/2024 | $350.00 | 06/07/2024 | $350.00 | 06/12/2024 | $350.00 | 06/24/2024 | $350.00 |
| 06/26/2024 | $350.00 | 07/08/2024 | $350.00 | 07/10/2024 | $350.00 | 07/17/2024 | $350.00 |
| 07/24/2024 | $350.00 | 08/02/2024 | $350.00 | 08/08/2024 | $350.00 | 08/20/2024 | $700.00 |
| 09/03/2024 | $350.00 | 09/04/2024 | $350.00 | 09/11/2024 | $350.00 | 09/18/2024 | $350.00 |
| 09/25/2024 | $350.00 | 10/02/2024 | $350.00 | 10/09/2024 | $350.00 | 10/23/2024 | $760.75 |
| 10/30/2024 | $410.75 | 11/13/2024 | $410.75 | 11/13/2024 | $410.75 | 11/20/2024 | $410.75 |
| 11/27/2024 | $410.75 | 12/10/2024 | $410.75 | 12/10/2024 | $410.75 | 12/19/2024 | $410.75 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RONALD G. PILARCHIK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $2,093.12 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $300.00 | $300.00 | $0.00 | $147.74 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $0.00 | $1,000.00 | $0.00 |
| 1 | DEPARTMENT OF THE TREASURY | 28 | $34,501.54 | $0.00 | $34,501.54 | $0.00 |
| 2 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LAW OFFICE OF CHESTER LUSZCZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LEAH PILARCHIK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $16,377.41 | $7,741.59 | $8,635.82 | $0.00 |
| 6 | TOWNHOUSES AT ST. REGIS WALK ASSOCIATION, | 24 | $3,855.75 | $1,822.61 | $2,033.14 | $0.00 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 33 | $18,552.14 | $0.00 | $18,552.14 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,800.95 | $0.00 | $1,800.95 | $0.00 |
| 13 | PREMIER BANKCARD, LLC | 33 | $1,077.51 | $0.00 | $1,077.51 | $0.00 |
| 14 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $172.82 |
| 15 | TOWNHOUSES AT ST. REGIS WALK ASSOCIATION, | 13 | $649.00 | $649.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 16 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $0.00 |
| 17 | TOWNHOUSES AT ST. REGIS WALK ASSOCIATION, INC. | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 18 | MIDFIRST BANK | 24 | $17,256.12 | $1,901.84 | $15,354.28 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2023 | 16.00 | $0.00 |
| 12/01/2024 | Paid to Date | $21,934.50 |
| 01/01/2025 | 43.00 | $1,669.00 |
| 08/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $18,746.75 |
| Total paid to creditors this period: | $2,413.68 |
| Undistributed Funds on Hand: | $1,478.68 |
| Arrearages: | ($1,232.25) |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**