| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CHESTER A. LUSZCZ, ESQUIRE<br>429 White Horse Pike<br>Haddon Heights, NJ 08035<br>(856) 547-5510<br>CL5998 | Order Filed on January 17, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: RONALD G. PILARCHIK, | Case No.: 23-16277-JNP<br><br>Adv. No.:<br><br>Hearing Date: 1/21/25 @ 11:00 A.M.<br><br>Judge: Jerrold N. Poslusny, Jr. |

**CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER'S ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 17, 2025**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:       Ronald G. Pilarchik and Leah J. Pilarchik
Case No.:      23-16277-JNP
Caption of Order:  **CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER'S ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.**

Upon the Creditor's Certification of Default filed by secured creditor, Townhomes at St. Regis Walk Association, Inc., for relief from the automatic stay, with the consent of the debtor, Ronald G. Pilarchik, and for good cause shown;

IT IS ON THIS     day of                    , 2025,

**ORDERED** that the debtor, Ronald G. Pilarchik, is allowed to cure the post-petition arrears for homeowner association fees, late fees and attorney fees as of January 16, 2025, in the amount of $3,783.71, plus attorney fees for this certification of default in the amount of $400.00;

**IT IS FURTHER ORDERED** that the arrears of $4,183.71 will be paid by the debtor outside the plan directly to the Townhomes at St. Regis Walk Association, Inc. by sending the same to their property management company, Realty Solutions, LLC, located at: 415 South White Horse Pike, Suite 2, Audubon, NJ 08106, or making payment on the portal as follows: the first payment of $697.29 on February 1, 2025; the second payment of $697.29 on March 1, 2025; the third payment of $697.29 on April 1, 2025; the fourth payment of $697.29 on May 1, 2025; the fifth payment of $697.29 on June 1, 2025, and the final payment of $697.28 on July 1, 2025.

**IT IS FURTHER ORDERED** that the debtor, Ronald G. Pilarchik, will resume his monthly payments in the current amount of $190.00, to be paid directly to the Townhomes at St. Regis Walk Association, Inc., beginning on February 1, 2025 and will keep current in his said monthly payments.

**IT IS FURTHER ORDERED** that in the event the debtor fails to make a payment called for in this Order within thirty (30) days of its due date, the secured creditor may submit a certification of default and a proposed order for relief from the automatic stay to the court and serve a copy of such certification of default upon the debtor and his counsel. Fourteen (14) days after receipt of the certification of default, the Court will enter an order granting the secured party relief from the automatic stay unless the debtors have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

The movant shall serve this Order on the debtors, debtors' counsel, the trustee, and any other party who entered an appearance on this motion.

Page 3
Debtor: Ronald G. Pilarchik and Leah J. Pilarchik
Case No.: 23-16277-JNP
Caption of Order: **CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNERS ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.**

/S/ Stacey L. Mullen                                         DATED: 1/16/25
STACEY L. MULLEN, ESQUIRE
Attorney for Debtor,
Ronald G. Pilarchik


/S/ Chester A. Luszcz                                        DATED: 1/16/25
CHESTER A. LUSZCZ, ESQUIRE
Attorney for Creditor,
Townhomes at St. Regis Walk Association, Inc.

With a copy of this Order to:
Chester A. Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 23-16277-JNP
Ronald G. Pilarchik                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                  Page 1 of 2
Date Rcvd: Jan 17, 2025                  Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G. Pilarchik, 827 St. Regis Court, Mantua, NJ 08051-2046 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Chester A. Luszcz | on behalf of Creditor Townhomes at St Regis Walk Assn Inc luszcz@comcast.net  bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Stacey L. Mullen | on behalf of Debtor Ronald G. Pilarchik slmullen@comcast.net |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 17, 2025 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7