| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CHESTER A. LUSZCZ, ESQUIRE<br>429 White Horse Pike<br>Haddon Heights, NJ 08035<br>(856) 547-5510<br>CL5998 | |
| In Re:<br><br>RONALD G. PILARCHIK. | Case No.: 23-16277-JNP<br>Chapter: 13<br>Hearing Date: 4/15/25<br>Judge: Jerrold N. Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: <u>Townhomes at St. Regis Walk Association, Inc.'s Certification of Default,</u>

<u>(document #113); a Consent Order will be submitted.</u>

Date: 04/11/2025

_____
Signature

rev.8/1/15