UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
CL5998

In Re: RONALD G. PILARCHIK,

Order Filed on April 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-16277-JNP

Adv. No.:

Hearing Date: 4/15/25 @ 11:00 A.M.

Judge: Jerrold N. Poslusny, Jr.

**CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER'S ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 14, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:           Ronald G. Pilarchik and Leah J. Pilarchik
Case No.:          23-16277-JNP
Caption of Order:  **CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNER'S ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.**

Upon the Creditor's Certification of Default filed by secured creditor, Townhomes at St. Regis Walk Association, Inc., for relief from the automatic stay, with the consent of the debtor, Ronald G. Pilarchik, and for good cause shown;

IT IS ON THIS    day of                   , 2025,

**ORDERED** that the debtor, Ronald G. Pilarchik, is allowed to cure the post-petition arrears for homeowner association fees, late fees and attorney fees as of April 10, 2025, in the amount of $4,803.71, plus attorney fees for this certification of default in the amount of $500.00;

**IT IS FURTHER ORDERED** that the arrears of $5,303.71 will be paid by the debtor outside the plan directly to the Townhomes at St. Regis Walk Association, Inc. by sending the same to their property management company, Realty Solutions, LLC, located at: 415 South White Horse Pike, Suite 2, Audubon, NJ 08106, or making payment on the portal as follows: the first payment of $2,400.00 on April 14, 2025; the second payment of $483.95 on May 1, 2025; the third payment of $483.95 on June 1, 2025; the fourth payment of $483.95 on July 1, 2025; the fifth payment of $483.95 on August 1, 2025; the sixth payment of $483.95 on September 1, 2025, and the final payment of $483.95 on October 1, 2025.

**IT IS FURTHER ORDERED** that the debtor, Ronald G. Pilarchik, will resume his monthly payments in the current amount of $190.00, to be paid directly to the Townhomes at St. Regis Walk Association, Inc., beginning on May 1, 2025 and will keep current in his said monthly payments.

**IT IS FURTHER ORDERED** that in the event the debtor fails to make a payment called for in this Order within thirty (30) days of its due date, the secured creditor may submit a certification of default and a proposed order for relief from the automatic stay to the court and serve a copy of such certification of default upon the debtor and his counsel. Fourteen (14) days after receipt of the certification of default, the Court will enter an order granting the secured party relief from the automatic stay unless the debtors have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

The movant shall serve this Order on the debtors, debtors' counsel, the trustee, and any other party who entered an appearance on this motion.

Page 3
Debtor:           Ronald G. Pilarchik and Leah J. Pilarchik
Case No.:         23-16277-JNP
Caption of Order: **CONSENT ORDER ALLOWING FOR CURE OF HOMEOWNERS ASSOCIATION ARREARS TO THE TOWNHOMES AT ST. REGIS WALK ASSOCIATION, INC.**

/S/ Stacey L. Mullen                              DATED: 4/11/25
STACEY L. MULLEN, ESQUIRE
Attorney for Debtor,
Ronald G. Pilarchik


/S/ Chester A. Luszcz                             DATED: 4/11/25
CHESTER A. LUSZCZ, ESQUIRE
Attorney for Creditor,
Townhomes at St. Regis Walk Association, Inc.

With a copy of this Order to:
Chester A. Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035