Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23–16277–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald G. Pilarchik
   827 St. Regis Court
   Mantua, NJ 08051

Social Security No.:
   xxx–xx–0004

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              September 16, 2025
Time:             11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*140* – Certification in Opposition to (related document:139 Creditor's Certification of Default (related document:83 Order Resolving Creditor's Certification of Default) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 09/3/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Stacey L. Mullen on behalf of Ronald G. Pilarchik. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: August 22, 2025
JAN: kvr

                                                  Jeanne Naughton
                                                  Clerk