Stacey L. Mullen, Esquire
2091 N. Springdale Road, Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
Attorney for Debtor

_____

IN RE:

Ronald G. Pilarchik

              Debtor

_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.: 23-16277 (JNP)

**AMENDED CERTIFICATION IN SUPPORT OF MOTION TO APPROVE APPLICATION FOR A LOAN MODIFICATION**

Debtor, by his attorney, hereby states as follows:

1. I am the Debtor in the above referenced Chapter 13 Bankruptcy. I own real estate located at 827 St. Regis Court, Mantua, New Jersey.

2. I filed for protection under 11 U.S.C. Chapter 13 on July 22, 2023. On September 20, 2023 the Court confirmed my case. My scheduled Trustee payments are the amount of $1,457.00 per month for 35 months (as of January 2025), the total length of plan is 60 months.

3. The confirmed plan provides for payment in full of my secured creditors.

4. On August 19, 2025, I obtained a loan modification from MidFirst Bank, my primary mortgage lender. Attached as Exhibit A is my Loan Modification Agreement.

5. As per the attached, my monthly mortgage payment is being reduced to $1,604.29 per month, subject to change due to escrow.

6. In light of the above, I hope to have this application granted to aid me in the successful completion of my bankruptcy case and payment of my creditors. If granted, my remaining arrears with MidFirst Bank will be removed from my bankruptcy plan, thereby reducing my Trustee payments.

7. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: <u>09/12/2025</u>                      /s/ Ronald G. Pilarchik
                                                          Ronald G. Pilarchik