| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | Order Filed on September 30, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ronald G. Pilarchik<br><br>                Debtor | Case No.: 23-16277 (JNP)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: JNP |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: September 30, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  23-16277 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ 900.00             for services rendered and expenses in the amount of $  0.00    for a total of $ 900.00            . The allowance shall be payable:

    <u>XXXXX</u>         through the Chapter 13 plan as an administrative priority.

    outside the plan.

The debtor's monthly plan is modified to require a payment of $1,487.00   per month for   34   months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)