McGovern Legal Services, LLC
William H. Brosha, Esq. - 040881988
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Fax (732) 246-1872
ATTORNEYS FOR ST. REGIS TOWNHOME ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

In re:

RONALD G. PILARCHIK

CASE NO.: 23-16277 JNP

**SUBSTITUTION OF ATTORNEY**

The undersigned hereby consents to the substitution of McGovern Legal Services LLC in place of Chester A. Luszcz, Esq., as attorneys for St. Regis Townhome Association, Inc.

Law Office of Chester A. Luszcz

By: *(signature)*
Withdrawing Attorney(s)

Date: 1-5-2026

McGovern Legal Services, LLC

By: *(signature)*
William H. Brosha, Esq.
Superseding Attorney(s)

Date: 12/18/25