UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ronald G. Pilarchik

Case No.: 23-16277
Chapter: 13
Judge: JNP

## NOTICE OF PROPOSED PRIVATE SALE

__Ronald G. Pilarchik__, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** Clerk, US Bankruptcy Court
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __February 10, 2026__ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __401 Market Street, Camden, NJ 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 827 St. Regis Court, Mantua, NJ 08051

**Proposed Purchaser:** Core Four Ventures

**Sale price:** $245,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** Michael Coffee & JoAnna DiPiero
**Amount to be paid:** 1.5% & 2%
**Services rendered:** Brokers fees in connection with sale

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Stacey L. Mullen, Esquire

Address: 1814 East Route 70, Suite 350, Cherry Hill, NJ 08003

Telephone No.: 856-778-8677

rev.8/1/15