Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16277 (JNP)

Ronald G. Pilarchik  
827 St. Regis Court  
Mantua, NJ 08051

Monthly Payment: $1,487.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2025 | $410.75 | 01/06/2025 | $410.75 | 01/09/2025 | $410.75 | 01/22/2025 | $410.75 |
| 02/05/2025 | $410.75 | 02/06/2025 | $410.75 | 02/12/2025 | $410.75 | 02/19/2025 | $410.75 |
| 03/03/2025 | $410.75 | 03/04/2025 | $410.75 | 03/06/2025 | $937.50 | 03/18/2025 | $410.75 |
| 03/21/2025 | $410.75 | 03/31/2025 | $410.75 | 04/07/2025 | $410.75 | 04/09/2025 | $410.75 |
| 04/15/2025 | $410.75 | 04/25/2025 | $410.75 | 05/02/2025 | $410.75 | 05/07/2025 | $410.75 |
| 05/21/2025 | $410.75 | 05/27/2025 | $410.75 | 05/30/2025 | $410.75 | 06/09/2025 | $410.75 |
| 08/26/2025 | $410.75 | 09/05/2025 | $410.75 | 09/12/2025 | $410.75 | 09/17/2025 | $348.75 |
| 09/24/2025 | $348.75 | 09/30/2025 | $348.75 | 10/10/2025 | $291.40 | 10/20/2025 | $291.40 |
| 10/22/2025 | $291.40 | 10/31/2025 | $291.40 | 11/05/2025 | $291.40 | 11/13/2025 | $364.25 |
| 11/24/2025 | $364.25 | 11/26/2025 | $364.25 | 12/04/2025 | $364.25 | 12/16/2025 | $348.75 |
| 12/23/2025 | $364.24 | 12/30/2025 | $364.25 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RONALD G. PILARCHIK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $2,156.88 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $300.00 | $300.00 | $0.00 | $152.26 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $900.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $500.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $0.00 |
| 1 | DEPARTMENT OF THE TREASURY | 28 | $34,501.54 | $9,181.64 | $25,319.90 | $0.00 |
| 2 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LAW OFFICE OF CHESTER LUSZCZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LEAH PILARCHIK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $10,143.24 | $10,143.24 | $0.00 | $7,741.59 |
| 6 | TOWNHOUSES AT ST. REGIS WALK ASSOCIATION, ... | 24 | $3,855.75 | $3,855.75 | $0.00 | $1,822.61 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 33 | $18,552.14 | $0.00 | $18,552.14 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,800.95 | $0.00 | $1,800.95 | $0.00 |
| 13 | PREMIER BANKCARD, LLC | 33 | $1,077.51 | $0.00 | $1,077.51 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 14 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $365.18 |
| 15 | TOWNHOUSES AT ST. REGIS WALK ASSOCIATION, INC | 13 | $649.00 | $649.00 | $0.00 | $649.00 |
| 16 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $200.00 |
| 17 | TOWNHOUSES AT ST. REGIS WALK ASSOCIATION, INC | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 18 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $1,901.84 |
| 19 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $200.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2023 | 23.00 | $0.00 |
| 07/01/2025 | Paid to Date | $33,551.50 |
| 08/01/2025 | 2.00 | $1,457.00 |
| 10/01/2025 | 34.00 | $1,487.00 |
| 08/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $16,654.49 |
| Total paid to creditors this period: | $16,989.36 |
| Undistributed Funds on Hand: | $1,953.01 |
| Arrearages: | $1,105.26 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**