UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stacey L. Mullen, Esquire
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
856-778-8677
Attorney for debtor

Order Filed on January 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Ronald G. Pilarchik

Case No.: 23-16277
Chapter: 13
Judge: JNP

## ORDER AUTHORIZING RETENTION OF
Michael Coffee & JoAnne DiPiero

The relief set forth on the following page is **ORDERED**.

**DATED: January 21, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Michael Coffee & JoAnne DiPiero___

as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 3 S. Broad Street, Suite 2E
Woodbury, NJ 08096

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*