# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*

January 23, 2026

The Honorable Jerrold N. Poslusny, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

      RE:    Chapter 13 Case No. 23-16277 (JNP)  
             Debtor(s) Name: Ronald G. Pilarchik

Dear Judge Poslusny:

Please accept this letter as a limited objection to Debtor's Motion to Sell Real Estate which is returnable on February 10, 2026 at 11 am.

Debtor comes before the Court on a Motion to Sell Real Estate. Debtor requests permission to sell 827 St. Regis Court, Mantua, New Jersey, for $245,000.

Debtor lists property on Schedule A/B of his petition with a value of $195,000. Schedule C does not reflect exemption pursuant to 11 U.S.C. §522(d)(1). The proposed order attached to the Motion at Paragraph 5 reflects exemption of $31,575. If Debtor wishes to take exemption pursuant to (d)(1), then Debtor may only claim up to $27,900 in accordance with the statutory maximum when the case was filed on July 22, 2023.

Midfirst Bank filed a proof of claim on January 8, 2026, for $167,245.49, in connection with the subject property. U.S. Department of Housing and Urban Development filed a proof of claim on July 24, 2023, for $38,613.70, in connection with the subject property. Additionally, Townhouse at St. Regis Walk Association, Inc., filed a proof of claim on September 8, 2023, for $3,855.75, in connection with the subject property. However, neither the motion nor the proposed order address secured liens to be paid at closing.

Debtor filed a Modified Plan on May 14, 2025, to address loan modification with Midfirst Mortgage. The plan did not propose a sale. The Court entered an Order Confirming Debtor's Chapter 13 Modified Plan on August 12, 2025. Therefore, should the motion to sell be approved, the Debtor will need to file a Modified Plan to address the sale of the property along

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**  
**Memphis, TN 38101-1978**

with amended Schedule J.

Based on the forgoing, should the Court grant Debtor's Motion, the Trustee respectfully requests Debtor be required to submit an amended proposed order to Judge's chambers to include the language;

Debtor must within ten (10) days of the Order
    a. File a Modified Plan
    b. Amend Schedules C & J
    c. Submit change of address
    d. 50% of the proceeds to be disbursed to non-debtor co-owner

As always, the Court is welcome to contact the Trustee with any questions or concerns.

Respectfully submitted,

/s/ William H. Clunn, III
William H. Clunn, III, Staff Attorney for
Andrew B. Finberg,
Chapter 13 Standing Trustee

WHC/kt
c:    Stacey L. Mullen, Esquire (via ECF/CM)
      Ronald G. Pilarchik (via regular mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of 2